**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| CCX, INC.,[1] | Case No. 22-10252 (JTD) |
| Debtor. | **Objection Deadline: April 18, 2022 at 4:00 p.m. (ET)**<br>**Hearing Date: April 25, 2022 at 2:00 p.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 4, 2022, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of an Order Approving (I)(A) the Debtor's Entry into Stalking Horse Agreement and Related Bid Protections; (B) the Bidding Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (C) the Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, and (E) Dates For an Auction and Sale Hearing, (II)(A) the Sale of Substantially All of the Debtor's Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (B) the Debtor's Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon the undersigned counsel so as to be received on or before **April 18, 2022 at 4:00 p.m. (ET) (the "Objection Deadline").** At the same time, you must also serve a copy of the response upon the Debtor's proposed counsel:

> Eric J. Monzo (DE Bar No. 5214)
> Brya M. Keilson (DE Bar No. 4643)
> Sarah M. Ennis (DE Bar No. 5745)
> Jason S. Levin (DE Bar. No. 6434)
> MORRIS JAMES LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE  19801
> Telephone: (302) 888-6800
> Facsimile: (302) 571-1750
> E-mail: emonzo@morrisjames.com
> E-mail: bkeilson@morrisjames.com
> E-mail: sennis@morrisjames.com
> E-mail: jlevin@morrisjames.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7197. The Debtor's address is 1990 S. Bundy Drive, Suite 600, Los Angeles CA 90025.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **April 25, 2022 at 2:00 p.m. prevailing Eastern Time** before the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Please note that due to COVID-19, and in accordance with this Court's Sixth Amended Order Governing the Conduct of Hearings Due to Coronavirus Disease 2019 (COVID-19) And Reconstituting Operations, the hearing shall be conducted electronically.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  April 4, 2022
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jason S. Levin*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Sarah M. Ennis (DE Bar No. 5745)
Jason S. Levin (DE Bar. No. 6434)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: sennis@morrisjames.com
E-mail: jlevin@morrisjames.com

*Proposed Counsel to the Debtor*
*and Debtor-in-Possession*

13504482.v1